**Lester BARNETT, Jr., Petitioner–**
**Appellant,**

v.

**Bob SMITH, Superintendent; Michael F. Easley, Respondents–Appellees.**

**No. 01–6103.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

Lester Barnett, Jr., pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Lester Barnett, Jr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Barnett v. Smith,* No. CA–95–421–3–MU (W.D.N.C. Oct. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*